**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-44T** **DATE**: September 16, 2005
**TITLE OF CASE:** USA v. Gary W. Miller

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT**

Government: Zechariah Chafee, AUSA

Defendant: Edward C. Roy, Jr., Esq.

---

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant present. Court addresses. No factual objections to the PSI. Defense objects to classification as an armed career criminal. Government argues points as to defendant's classification given past offenses. Court addresses basic principles in determining classification. Court finds that one prior contested offense qualifies, the other does not. Court determines that Probation has correctly classified defendant as an armed career criminal. Court sets forth guideline range that is to apply. Defendant allocutes. Court questions. Defense counsel responds. Court continues sentencing in order for counsel to address Court's questions.