AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America V. Gary Miller

CASE NUMBER: CR 05-44T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Zechariah Chafee, AUSA | Edward C. Roy, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/4/05 | Angela Reynolds | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/4/05 | | | Excerpt of Transcript from Sentencing held 9/16/05. |
| | | 11/4/05 | | | W-1 Mark Carrier - Officer, Westerly P.D. |
| 2 | | 11/4/05 | | | Police Report - North Providence Police Dept. |
| 3 | | 11/4/05 | | | Defendant's Rights Form |
| | | 11/4/05 | | | W-2 Edward Troiano - Special Agent ATF |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.