# *UNITED STATES DISTRICT COURT*

*for the*

*District of Rhode Island*

**RECEIVED**

SEP 23 2005

U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***Case No. CR05-44T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Gary Miller**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:15 o'clock a.m.**, on the 4th day of **November, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named defendant,
on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: September 22, 2005.

David A. DiMarzio, Clerk

Continued Sentencing

***By*** ______________________
***Ryan Jackson - Deputy Clerk***