UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 15, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***USA v. GARY MILLER***
***USDC CR05-44T*** ***COA 05-2763***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Document # 34 - Transcript of Sentencing held 9/16/05; Certified Copy of Docket.