# United States Court of Appeals

## For the First Circuit

05-00044T
USDC / RI
Judge Torres

No. 05-2763

MANDATE

UNITED STATES OF AMERICA,

Appellee,

v.

GARY W. MILLER,

Defendant, Appellant.

RECEIVED
... 8 2007
District of Rhode Island

**JUDGMENT**

Entered: February 26, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.
Richard Cushing Donovan, Clerk
Deputy Clerk
Date: 3/19/07

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Roy, Mr. Chafee, & Mr. Lockhart.]